

O'Melveny & Myers LLP  T: +1 212 326 2000
Times Square Tower    F: +1 212 326 2061
7 Times Square        omm.com
New York, NY 10036-6537

November 30, 2021

**Hannah Y. Chanoine**
D: +1 212 326 2128
hchanoine@omm.com

District Judge John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   <u>*Phillips v. Johnson & Johnson Consumer, Inc.*, 1:21-cv-06866-JPC</u>

Dear Judge Cronan:

This office represents Defendant Johnson & Johnson Consumer, Inc. ("JJCI"). I submit this letter requesting that (1) the initial case management conference currently scheduled for December 7, 2021 be adjourned until at least 14 days after the resolution of JJCI's anticipated motion to dismiss, and (2) that discovery be stayed until the pleadings are settled. Counsel for plaintiff Bobby Phillips ("Plaintiff") does not oppose the relief sought.

On November 23, 2021, counsel for Plaintiff and JJCI met and conferred pursuant to Federal Rule of Civil Procedure 26(f). During the course of those discussions, the parties agreed that the interests of efficiency weigh in favor of staying all discovery in this action until after this Court rules on JJCI's forthcoming motion to dismiss. While Plaintiff disagrees that JJCI's forthcoming motion will be successful, both parties agree that the Court's ruling may materially impact the scope and focus of future discovery and, consequently, believe that discovery should be stayed until such time as this Court issues its ruling. The parties propose further to meet and confer at that time and to jointly submit a proposed scheduling order within 7 days of the Court's ruling.

One prior request for adjournment of the initial case management conference has been made and that request was granted.

Respectfully submitted,

*/s/ Hannah Y. Chanoine*

### Certificate of Service

I certify that on November 30, 2021, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

O'Melveny

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

    /s/ Hannah Y. Chanoine

Defendant's unopposed request to stay discovery is granted. Discovery in this case is stayed until after the resolution of Defendant's anticipated motion to dismiss. The initial pretrial conference scheduled on December 21, 2021 at 1:00 p.m. is adjourned *sine die.*

SO ORDERED.

Date: December 1, 2021
       New York, New York

JOHN P. CRONAN
United States District Court