

O'Melveny & Myers LLP  
Times Square Tower  
7 Times Square  
New York, NY 10036-6537

T: +1 212 326 2000  
F: +1 212 326 2061  
omm.com

**Hannah Y. Chanoine**  
D: +1 212 326 2128  
hchanoine@omm.com

January 6, 2022

District Judge John P. Cronan  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

Re: *Phillips v. Johnson & Johnson Consumer, Inc., 1:21-cv-06866-JPC*

Dear Judge Cronan:

This office represents Defendant Johnson & Johnson Consumer, Inc. ("JJCI"). I submit this letter requesting that the January 7, 2022 deadline for JJCI's anticipated motion to dismiss be extended by 30 days, to February 7, 2022. Counsel for plaintiff Bobby Phillips ("Plaintiff") does not oppose the relief sought.

Counsel for Plaintiff and JJCI have met and conferred regarding the strengths and weaknesses of Plaintiff's case. The Parties' discussions remain productive and the Parties therefore respectfully request an additional 30-day extension of JJCI's deadline to respond to the complaint.

Two prior requests for adjournment have been made and both requests were granted.

Respectfully submitted,

*/s/ Hannah Y. Chanoine*

Defendant's unopposed request for extension of time is granted. Defendant shall respond to the Complaint by February 7, 2022. The parties are reminded that, pursuant to Paragraph 3.B. of the Court's Individual Rules and Practices in Civil Cases, any requests for extensions must be made at least 48 hours (*i.e.*, two business days) prior to the deadline absent compelling circumstances.

SO ORDERED.

Date: January 6, 2022  
New York, New York

JOHN P. CRONAN  
United States District Judge

Austin • Century City • Dallas • Los Angeles • Newport Beach • New York • San Francisco • Silicon Valley • Washington, DC  
Beijing • Brussels • Hong Kong • London • Seoul • Shanghai • Singapore • Tokyo

O'Melveny

## Certificate of Service

I certify that on January 6, 2022, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

   /s/ Hannah Y. Chanoine